**Dismissed and Opinion Filed July 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00400-CR
No. 05-15-00401-CR
No. 05-15-00402-CR

**BRANDI LYNN GEORGE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-54068-U, F14-54069-U, F14-54070-U**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Brandi Lynn George pleaded guilty to possession of methamphetamine in an amount less than one gram (05-15-00400-CR); possession of heroin in an amount less than one gram (05-15-00401-CR); and endangering a child (05-15-00402-CR). On May 27, 2014, the trial court deferred adjudicating appellant's guilt, placed her on four years' community supervision, and assessed a $1,500 fine in each case. The State later moved to adjudicate appellant's guilt in each case. Following a hearing on March 11, 2015, the trial court denied the motions to adjudicate guilt and modified the conditions of appellant's community supervision. Appellant filed a notice of appeal from the trial court's orders denying the motions to adjudicate guilt.

An order modifying the conditions of community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, we lack jurisdiction over the appeals. *See id.*

We dismiss the appeals for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150400F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRANDI LYNN GEORGE, Appellant

No. 05-15-00400-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-54068-U.
Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 15th day of July, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRANDI LYNN GEORGE, Appellant

No. 05-15-00401-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-54069-U.
Opinion delivered by Justice Myers, Justices
Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 15th day of July, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRANDI LYNN GEORGE, Appellant

No. 05-15-00402-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-54070-U.
Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 15th day of July, 2015.